**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1641**

In re: JAMEL C. LAW,

                    Petitioner.

On Petition for Writ of Mandamus.  (1:10-cr-00477-CMH-2)

Submitted:  December 14, 2020                    Decided:  January 5, 2021

Before WYNN, FLOYD, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Jamel C. Law, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamel C. Law petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion to correct clear error. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Law's motion on October 22, 2020. Accordingly, because the district court has recently decided Law's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*